Case 2:25-po-00475-NAD    Document 1    Filed 08/08/25    Page 1 of 1

FILED
2025 Aug-08 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NA32 | E 2618308 | BROUSSEAU | 11290 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/20/2025 1140 | 8 USC 1306(b) 1302(a) |

**Place of Offense:** GADSDEN, AL

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

FAILURE TO NOTIFY ADDRESS CHANGE
FAILURE TO REGISTER

### DEFENDANT INFORMATION

Last Name: CRUZ-CRUZ
First Name: LEONEL

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **Refused**

Original - CVB Copy

CVB SCAN 05/28/2025 11:41

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAY 20**, 20**25** while exercising my duties as a law enforcement officer in the **NORTHERN** District of **ALABAMA**.

I ENCOUNTERED A NON-REGISTERED ALIEN NAMED ON THIS VIOLATION.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/28/2025 11:41